# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| RENSO NORIEGA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:12-1013 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

After the government responded to the petitioner's form motion on November 9, 2012 (Docket No. 3), counsel for the petitioner filed a Brief in Support of Motion Under 28 U.S.C. § 2255 (Docket No. 5), on December 6, 2012. It is hereby **ORDERED** that the government shall respond to this new brief filed by the petitioner by January 11, 2013.

It is so **ORDERED**.

ENTER this 14th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge